<u>CERTIFICATE OF SERVICE</u>

RE:   Leticia Martinez v. Kmart Corporation, Sears Holdings Corporation and Sears Holdings Management Corporation
Civil Action No.: 08 CV 4455   J. Cedarbaum/M. Pitman

STATE OF NEW YORK   )
                   : ss.:
COUNTY OF NASSAU    )

I, NICHOLAS GKLOTSOS, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **NOTICE OF REMOVAL and CIVIL COVER SHEET** was made on May 16, 2008 by:

XX   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

**BURNS & HARRIS, ESQS.**
**JOEL A. HOROWITZ**
Attorneys for Plaintiff
LETICIA MARTINEZ
**Office & P.O. Address:**
233 Broadway, Suite 900
New York, New York 10279
(212) 393-1000

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
NICHOLAS GKLOTSOS

Sworn to before me this
16th day of May, 2008

_____
NOTARY PUBLIC

SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue, Suite 100
Syosset, New York 11791-3139
(516) 357-8100



HALEY OLAM
Notary Public - State of New York
NO. 01OL6073580
Qualified in Westchester County
My Commission Expires 4-24-10